**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **JOSE OCTAVIO LIZARRAGA ROSAS,** | * | |
| **Plaintiff,** | * | |
| **v.** | * | **Civil Action No. EA-26-2195** |
| **CARRIE M. SELBY, *et al.*,** | * | |
| **Defendants.** | * | |

**ORDER**

Plaintiff Jose Octavio Lizarraga Rosas initiated the above-captioned action on June 2, 2026, seeking to compel action on his Application to Adjust Status (Form I-485) filed with the United States Citizenship and Immigration Services. ECF No. 1. On September 23, 2026, prior to the Defendants' filing of a responsive pleading, Mr. Lizarraga Rosas filed a notice of voluntary dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). ECF No. 7. That notice is approved.

In light of the foregoing, it is hereby ORDERED that the Complaint is DISMISSED WITHOUT PREJUDICE. The Clerk of the Court shall CLOSE this case.

Date: September 24, 2026

/s/
Erin Aslan
United States Magistrate Judge